No. 91–6991. RISON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–6996. SHUMATE *v.* CREASY. C. A. 4th Cir. Certiorari denied.

No. 91–6999. WEST *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7001. SWINICK *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 91–7004. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7008. BLAS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–7012. GORDON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7014. HINES, AKA MURRAY *v.* SHANNON ET AL. C. A. 1st Cir. Certiorari denied.

No. 91–7016. SANTAMARIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7019. MONTGOMERY *v.* CLARK, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 91–7021. MAUWEE *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 91–7023. RUB ET AL. *v.* PRODUCTION CREDIT ASSOCIATION OF MANDAN. Sup. Ct. N. D. Certiorari denied.

No. 91–7027. DEFOREST *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–7028. WELCH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–7030. TRAYLOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7031. DRINNON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.